**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL THEODOULOU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHREESIA, INC., CHAIM INDIG, and BALAJI GANDHI,<br><br>Defendants. | Civil Action No. 1:26-CV-00556-JLH |
| RETIREMENT SYSTEM FOR THE GENERAL EMPLOYEES OF THE UTILITY BOARD OF THE CITY OF KEY WEST, FLORIDA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHREESIA, INC., CHAIM INDIG, and BALAJI GANDHI,<br><br>Defendants. | Civil Action No. |

**NOTICE OF MOTION OF THE RETIREMENT SYSTEM FOR THE GENERAL EMPLOYEES OF THE UTILITY BOARD OF THE CITY OF KEY WEST, FLORIDA FOR (1) CONSOLIDATION, (2) APPOINTMENT AS LEAD PLAINTIFF, AND (3) APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL FOR THE CLASS**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time to be determined, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737, the Retirement System for the General Employees of the Utility Board of the City of Key West, Florida ("Key West Retirement"), will move the Court in Courtroom 6D of the J. Caleb Boggs Federal Courthouse, 844 North King St. Unit 17, Wilmington, Delaware 19801 for an order: (i) consolidating the above-captioned related actions; (ii) appointing Key West Retirement as Lead Plaintiff; (iii) approving its selection of the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel and Friedlander & Gorris P.A. to serve as Liaison Counsel for the class; and (iv) granting any such further relief as the Court may deem just and proper.

In support of this Motion, Key West Retirement submits: (1) a Memorandum of Law in Support Its Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel; (2) the Declaration of Christopher M. Foulds in support of the Motion; and (3) a [Proposed] Order.

DATED: July 13, 2026

Respectfully submitted,

**FRIEDLANDER & GORRIS P.A.**

*/s/ Christopher M. Foulds*

Christopher M. Foulds (Bar No. 5169)
1201 N. Market Street, Suite 220
Wilmington, DE 19801
(302) 573-3500
cfoulds@friedlandergorris.com

*Local Counsel for the Retirement System for the General Employees of the Utility Board of the City of Key West, Florida and [Proposed] Liaison Counsel for the Class*

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Mitchell M.Z. Twersky (*Pro Hac Vice* forthcoming)
Atara Twersky (*Pro Hac Vice* forthcoming)
Lawrence D. Levit (*Pro Hac Vice* forthcoming)
Tanya Korkhov (*Pro Hac Vice* forthcoming)
450 Seventh Avenue, 38th Floor
New York, New York 10123
(212) 279-5050
(212) 279-3655 (fax)
MTwersky@aftlaw.com
ATwersky@aftlaw.com
LLevit@aftlaw.com
TKorkhov@aftlaw.com

*Counsel for the Retirement System for the General Employees of the Utility Board of the City of Key West, Florida and [Proposed] Lead Counsel for the Class*